# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER MEYER, SARAH MEYER, and THE NATIONAL FEDERATION OF THE BLIND, INC., | |
| Plaintiffs, | |
| v. | Case No. 1:19-cv-3311-JMS-TAB |
| JENNIFER SULLIVAN, in her official capacity as Secretary of the Indiana Family and Social Services Administration, and ADRIENNE SHIELDS, in her official capacity as Director of the Indiana Division of Family Resources, | |
| Defendants. | |

## **STIPULATION OF DISMISSAL**

Plaintiffs Christopher Meyer, Sarah Meyer, and the National Federation of the Blind, Inc. and Defendants Jennifer Sullivan, in her official capacity as the Secretary of the Indiana Family and Social Services Administration, and Adrienne Shields, in her official capacity as Director of the Indiana Division of Family Resources, by undersigned counsel, having resolved this case through settlement, hereby stipulate to the dismissal of this matter, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear its own costs.

Respectfully submitted,

| | |
|---|---|
| _s/ Kelly S. Earls_ | /s/ *Chelsea J. Crawford* |
| Kelly S. Earls | Joseph B. Espo |
| Jefferson Garn | Chelsea J. Crawford |
| Sarah Shields | Brown, Goldstein & Levy, LLP |
| Zachary Price | 120 E. Baltimore Street, Suite 2500 |
| Deputy Attorneys General | Baltimore, MD 21202 |
| 302 West Washington Street | T:  (410) 962-1030 |
| IGCS-5th Floor | F: (410) 385-0869 |
| Indianapolis, IN 46204 | jbe@browngold.com |
| | ccrawford@browngold.com |

<div style="display: flex;">

T: (317) 234-4464
F: (317) 262-7979
Kelly.Earls@atg.in.gov
Jefferson.Garn@atg.in.gov
Sarah.Shields@atg.in.gov
Zachary.Price@atg.in.gov

*Counsel for Defendants*

Thomas E. Crishon
Emily A. Munson
Indiana Disability Rights
4701 North Keystone Avenue, Suite 222
Indianapolis, IN 46205
T: (317) 722-5555
F: (317) 722-5564
tcrishon@indianadisabilityrights.org
emunson1@indianadisabilityrights.org


Jana Eisinger
Law Office of Jana Eisinger, PLLC
4610 South Ulster Street, Suite 150
Denver, CO 80237
T: (303) 209-0266
F: (303) 353-0786
jeisinger@eisingerlawfirm.com

*Counsel for Plaintiffs*

</div>